JARED B. ANDERSON, ESQ. (SBN: 9747)
NOAH A. DURAN, ESQ. (SBN: 15033)
**TANNER CHURCHILL ANDERSON**
4001 Meadows Lane
Las Vegas, Nevada 89107
Telephone: (702) 868-8888
Facsimile: (702) 868-8889
janderson@tcafirm.com
nduran@tcafirm.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| VICTOR QUINTERO;<br><br>              Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA; CLAYTON MCDERMOTT, an individual; DOES I-X, and ROE ENTITIES I-X, inclusive;<br><br>              Defendants. | CASE NO.:   20-cv-2291-APG-VCF<br><br>.: |

**STIPULATION AND ORDER TO EXTEND PLAINTIFF'S TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

All parties hereby stipulate and request that the court enter an order extending plaintiff's time to file his response to defendant's motion to dismiss until Friday, March 19, 2021.

The motion to dismiss was filed by the defendant on March 1, 2021, the response is due March 15, 2021.

Plaintiff's counsel Noah A. Duran has been recovering from an illness, and thus has requested an extension to prepare plaintiff's response to motion.

///

///

///

///

///

Stipulation and Order - 1

The parties respectfully request that the Court so order.

Dated this 15th day of March, 2021.

**TANNER CHURCHILL ANDERSON**

/s/ Noah A. Duran

_____
JARED B. ANDERSON, ESQ.  (SBN: 9747)
NOAH A. DURAN, ESQ. (SBN: 15033)
001 Meadows Lane
Las Vegas, NV 8917
*Attorneys for Plaintiff*

Dated this 15th day of March, 2021.

/s/Rachel Kent

_____
RACHEL KENT
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Rachel.Kent@usdoj.gov
Attorneys for Respondents

### ORDER

1. The parties' Stipulation and Order to Extend Plaintiff's Time to Respond to Defendant's Motion to Dismiss is GRANTED.

2. The plaintiff shall file his response to defendant's motion to dismiss on March 19, 2021.

**IT IS SO ORDERED.**

Dated this  16th day of March,  2021.

_____
UNITED STATES DISTRICT JUDGE